UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 06-02569 MMM (MANx) | Date | February 9, 2012 |
|---|---|---|---|

| Title | *Etta M. Collier v. New York State et al.* |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   Order Taking Motion for Reconsideration[64] Under Submission and Off Calendar

On November 22, 2011, plaintiff Etta Collier filed a motion for reconsideration of the court's order denying relief from judgment. The motion is currently on calendar for hearing on February 13, 2012 at 10:00 a.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the court finds that this matter is appropriate for decision without oral argument. The hearing scheduled for February 13, 2012 is hereby vacated and taken off calendar. The matter will be deemed submitted on February 13, 2012, and the clerk will notify the parties when the court has reached a decision.